# EXHIBIT P

[Translated from Russian]

COPY OF THE COPY

NATIONAL EMBLEM OF THE RUSSIAN FEDERATION

# GOVERNMENT OF THE RUSSIAN FEDERATION

## DECREE

No. 6 of 6 January 2005

## MOSCOW

**On recovery and protection of the rights of the Russian Federation to the trademarks abroad**

The Government of the Russian Federation hereby d e c r e e s:

1. To charge the Federal Treasury Enterprise "Sojuzplodoimport":

   to represent the interests of the Russian Federation in the courts on matters of recovery and protection of the rights of the Russian Federation to the trademarks for alcoholic products abroad;

   to realize registration of the rights of the Russian Federation to the mentioned trademarks abroad;

   The powers provided by the present point are valid until January 1, 2006.

2. The Ministry of Agriculture of the Russian Federation shall provide in accordance with established procedure the control over the execution of the charges mentioned in point 1 of the present Decree.

M. Fradkov
Chairman
Government of the Russian Federation

SEAL
DIRECTORATE OF RECORD MANAGEMENT
AND ARCHIVE NO. 1
MACHINERY OF GOVERNMENT
OF THE RUSSIAN FEDERATION



# ПРАВИТЕЛЬСТВО РОССИЙСКОЙ ФЕДЕРАЦИИ

## ПОСТАНОВЛЕНИЕ

от 6 января 2005 г. № 6

МОСКВА

### О восстановлении и защите прав Российской Федерации на товарные знаки за рубежом

Правительство Российской Федерации постановляет:

1. Поручить федеральному казенному предприятию "Союзплодоимпорт":

представлять интересы Российской Федерации в судах по вопросам восстановления и защиты прав Российской Федерации на товарные знаки на алкогольную продукцию за рубежом;

осуществлять оформление прав Российской Федерации на указанные товарные знаки за рубежом.

Полномочия, предусмотренные настоящим пунктом, действительны до 1 января 2006 г.

2. Министерству сельского хозяйства Российской Федерации обеспечить в установленном порядке контроль за выполнением указанных в пункте 1 настоящего постановления поручений.

Председатель Правительства
Российской Федерации                                                    М. Фрадков

